**STATE of Missouri, Respondent,**

v.

**Jerry Dean BOYD, Appellant.**

**No. ED 78130.**

Missouri Court of Appeals,
Eastern District,
Division Two.

May 9, 2001.

Carl F. Kohnen, Florissant, MO, for appellant.

Randall M. England, Asst. Pros. Atty., Merian, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, Jr., J., and JAMES R. DOWD, J.

### ORDER

PER CURIAM.

Defendant, Jerry Dean Boyd, appeals from his conviction, in a court tried case for driving while intoxicated. Defendant was sentenced to thirty days in the county jail. No jurisprudential purpose would be served by a written opinion. We have,

however, provided the parties with a memorandum for their information only setting forth the reasons for this order.

The judgement is affirmed. Rule 30.25(b).